**Order filed December 8, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00111-CR

_____

## SHERMON VALENTINE RANSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CR43681**

## O R D E R

This appeal has become unduly stalled due in part to the failure of Appellant's court-appointed counsel, Matt Zimmerman, to file an appellate brief. Appellant's brief was originally due on July 7, 2016. On July 15, 2016, on the Court's own motion, an extension was granted and directed that the brief be filed on or before July 25, 2016. Appellant subsequently filed a motion for extension of time in which to file the brief, and this court granted the motion, which extended the deadline to

September 22, 2016.  The notice contained this language:  "The Court expects the Appellant's brief to be filed by September 22, 2016."  Appellant filed a second motion for extension of time in which to file the brief, and this court granted the motion, which extended the deadline to October 24, 2016.  Appellant filed a third motion for extension of time in which to file the brief, and this court granted the motion, which extended the deadline to November 22, 2016.  The notice contained this language:  "The Court deems the inordinate delay to file Appellant's brief to be a serious matter.  The Court expects the Appellant's brief to be filed by November 22, 2016, with no further extensions."  However, Appellant filed a fourth motion for extension of time in which to file the brief, and the court denied the motion.  As of today, we have not received Appellant's brief.

By this order, Matt Zimmerman is **ORDERED** to file in this court a brief on behalf of Appellant on or before **5:00 p.m. on Friday, December 9, 2016**.  At that time, Appellant's brief shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.

PER CURIAM

December 8, 2016

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.